UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON W. ASHBY,<br><br>    Plaintiff,<br><br> v.<br><br>T. BOSENKO, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00352-SKO (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

   Plaintiff, a state prisoner proceeding *pro se*, filed this action pursuant to 42 U.S.C. section 1983. In his complaint, Plaintiff alleges violations of his civil rights by Defendants. (*See* Doc. 1.) The alleged violations took place in Shasta County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. (*See id.*) Therefore, the complaint should have been filed in the Sacramento Division. Local Rule 120(d).

   Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper venue may, on the Court's own motion, be transferred to the proper venue. Therefore, this action will be transferred to the Sacramento Division. This Court will not rule on Plaintiff's pending request to proceed *in forma pauperis* (Doc. 2).

   Accordingly, the Court ORDERS:

   1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and,

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **March 10, 2020**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE